**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| WILLIAM WILSON,<br>SARAH WILSON,<br><br>　　　　　Plaintiffs<br>v.<br><br>BETTER MORTGAGE CORPORATION<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 4:26-CV-885 |

### DECLARATION OF RICHARD M. SCHERER, JR., ESQ.

I, Richard M. Scherer, Jr, declare as follows:

1.　　　I am a partner with Lippes Mathias LLP, counsel for Defendant Better Mortgage Corporation ("Defendant" or "BMC") in connection with this action. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs William Wilson and Sarah Wilson's (collectively "Plaintiffs') First Amended Petition in its entirety.

2.　　　On June 21, 2026, Plaintiffs filed their Motion for Leave to File their Second Amended Petition. As part of that motion, Plaintiffs submitted the proposed Second Amended Petition to the Court, which is docketed at ECF Doc. No. 23-1. For the Court's convenience, a true and accurate copy of the proposed Second Amended Petition is attached hereto as **Exhibit A**.

3.　　　On June 21, 2026, Plaintiffs also filed exhibits to the proposed Second Amended Petition, which are docketed at ECF Doc. No. 23-2. For the Court's convenience, a true and accurate copy of Exhibit B within Doc. 23-2, reflecting the alleged Commitment Letter, is attached hereto as **Exhibit B**.

4.　　　On June 21, 2026, Plaintiffs also filed a Memorandum in support of their motion, which is docketed at ECF Doc. No. 24. For the Court's convenience, a true and accurate copy of

1

the June 21, 2026 Memorandum is attached hereto as **Exhibit C**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 15, 2026 in Buffalo, New York

*/s/ Richard M. Scherer, Jr.*
Richard M. Scherer Jr., Esq.

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I electronically filed the foregoing Declaration via

the CM/ECF system, which should then send notification of such filing to all parties of record.

/s/ Richard M. Scherer, Jr.
Richard M. Scherer, Jr., Esq.